■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LIFRIERI, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judgment of Supreme Court, Wyoming County, DiFlorio, J.—habeas corpus.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.

■ JULIE SZUMIGALA, Appellant, v TERRY NIEBEL et al., Constituting the Chautauqua County Board of Elections, et al., Respondents.—Order unanimously reversed, without costs, and petition granted. Memorandum: Petitioner contends that the court erred in dismissing her petition to compel the Chautauqua County Board of Elections to canvass an emergency ballot. We agree.

Emergency ballots are provided for in Election Law § 7-120 (1) and are not subject to the requirements for absentee ballots set out in Election Law § 7-122. The emergency ballot here, being in "suitable form" (Election Law § 7-120 [1]), was improperly rejected. The ballot should be opened and canvassed. (Appeal from order of Supreme Court, Chautauqua County, Adams, J.—Election Law.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ. (Order entered Jan. 14, 1987.)

■ In the Matter of JOSE FERNANDEZ, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judgment of Supreme Court, Wyoming County, Dillon, J.—art 78.) Present—Callahan, J. P., Doerr, Green, Pine and Davis, JJ.